The People of the State of New York, Respondent, v Harry Vallevaleix, Appellant. [869 NYS2d 846]

No opinion. Order filed. Concur—Lippman, P.J., Gonzalez, Nardelli, Buckley and Acosta, JJ.